# UNITED STATES BANKRUPTCY COURT
# NEW JERSEY DISTRICT OF NEW JERSEY
# NEWARK DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 25-19203-SLM |
| MAXINE CHRISTIAN | CHAPTER 13 |
| DEBTOR | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 36 CONCORD PL, UNION, NJ 07083 AND THAT CERTAIN LOAN REGARDING SUCH PROPERTY.**

NOW COMES Wells Fargo Bank, N.A., by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Drive
Winston-Salem, NC 27103
njbkr@brockandscott.com

Wells Fargo Home Equity Group
Home Equity Group - Collections Foreclosure Dept.
P.O. Box 2248
Jacksonville, Florida 32203

Please take notice that the undersigned hereby appears as counsel for Wells Fargo Bank, N.A. pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor

22-09895 BKSUP02




with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

        RESPECTFULLY SUBMITTED,

/S/ *Kimberly A. Wilson*
Andrew Spivack, NJ Bar No. 018141999
Kimberly A. Wilson, NJ Bar No. 031441997
Jay Jones, NJ Bar No. 972011
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: NJBKR@brockandscott.com

22-09895 BKSUP02