| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**DONALD C. GOINS, ESQ. (DCG1005)**<br>**GOINS & GOINS, LLC**<br>**323 Washington Avenue**<br>**Elizabeth, NJ 07202**<br>**Phone: (908) 351-1984**<br>**dcgoins1@gmail.com**<br>**Attorney for the Debtor** | Order Filed on September 24, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Maxine Christian, | Case No.:   25-19203<br><br>Chapter :   13<br><br>Hearing Date: 9 / 24 / 2025<br><br>Judge:   SLM |

## ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through __2___ is hereby **ORDERED**.

**DATED: September 24, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

Debtor:            Maxine Christian
Case No.:          25-19203-SLM
Caption of Order:  Order to Extend the Automatic Stay


This matter having come before the Court by motion of Donald C. Goins Esq., attorney for the debtor, Maxine Christian, for entry of an Order Extending the Automatic Stay and, for good cause it is

HEREBY ORDERED that:

The Debtor's Automatic Stay is hereby extended against interested parties^properly served