Certificate Number: 20476-NJ-DE-040130994

Bankruptcy Case Number: 25-19203



20476-NJ-DE-040130994

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 23, 2025</u>, at <u>10:49</u> o'clock <u>PM EDT</u>, <u>Maxine Christian</u> completed a course on personal financial management given <u>by internet</u> by <u>Marie-Ann Greenberg, Chapter 13 Standing Trustee</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   September 25, 2025          By:    /s/Scott E Kehiaian

Name:  Scott E Kehiaian

Title:   TEN Representative