Form 132 − 13sum

### UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  25−19203−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maxine Christian
   36 Concord Lane
   Union, NJ 07083

Social Security No.:
   xxx−xx−5580

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              11/12/25
Time:              08:30 AM
Location:           Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A,
Newark, NJ 07102

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens
under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served
seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection
to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case
may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 30, 2025
JAN: mlc

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 25-19203-SLM

Maxine Christian                                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                                   Page 1 of 2

Date Rcvd: Sep 30, 2025                  Form ID: 132                               Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Maxine Christian, 36 Concord Lane, Union, NJ 07083-4220 |
| cr | + Wells Fargo Bank, N.A., Home Equity Group - Collections Foreclos, P.O. Box 2248, Jacksonville, FL 32203-2248 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Sep 30 2025 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 30 2025 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520797937 | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2025 21:01:30 | Ashley Fund Services, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520797938 | + Email/Text: bankruptcy@cavps.com | Sep 30 2025 20:57:00 | Calvary SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520797939 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 30 2025 20:56:00 | Internal Revenue Service, Department of Treasury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520797940 | ^ MEBN | Sep 30 2025 20:53:32 | LoanCare, LLC, c/o KML Law Group, PC, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 520797941 | + Email/Text: bankruptcy@certified-solutions.com | Sep 30 2025 20:56:00 | Overlook Hospital, c/o Certified Solutions, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 520797942 | + Email/PDF: ebn_ais@aisinfo.com | Sep 30 2025 21:01:37 | Verizon, c/o American InfoSource, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 520797943 | + Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Oct 01 2025 01:30:14 | Wells Fargo Bank, N.A., 420 Montgomery Street, San Francisco, CA 94104-1298 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520812896 | *+ | OVERLOOK HOSPITAL, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0312-2                    User: admin                              Page 2 of 2

Date Rcvd: Sep 30, 2025                 Form ID: 132                          Total Noticed: 11

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2025                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donald C. Goins | on behalf of Debtor Maxine Christian dcgoins1@gmail.com goins.donaldc.b129630@notify.bestcase.com;Goins.DanielC.B129630@notify.bestcase.com |
| Kimberly A. Wilson | on behalf of Creditor Wells Fargo Bank  N.A. kimberly.wilson@brockandscott.com, wbecf@brockandscott.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5