UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank Trust, N.A., et al.

| In Re: | Case No.: | 25-19203-SLM |
|---|---|---|
| Maxine Christian, | Chapter: | 13 |
| Debtor. | Hearing Date: | 11/12/2025 |
| | Judge: | Meisel |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter:  Secured Creditor's Objection to Confirmation (Docket # 20)

Date: 11/7/2025                           /s/ Denise Carlon
                                          Signature

*rev.8/1/15*