| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>22-09895 BKOBJ04<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Wells Fargo Bank, N.A. | |
| In Re:<br><br>Maxine Christian | Case No: 25-19203-SLM<br><br>Hearing Date: December 10, 2025<br><br>Judge: STACEY L. MEISEL<br><br>Chapter: 13 |

## OBJECTION TO CONFIRMATION
## OF DEBTOR'S CHAPTER 13 PLAN

Wells Fargo Bank, N.A. ("Creditor"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Plan* [DE 16], and states as follows:

1. The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on September 2, 2025.

2. Creditor holds a security interest in the Debtor's real property located at 36 Concord Pl, Union, NJ 07083 (the "Property"), by virtue of a Mortgage.

3. The Debtor filed a Chapter 13 Plan (the "Plan") on September 29, 2025 [DE 16].

4. Creditor filed a Proof of Claim in this case on October 29, 2025 (Claim No. 3).

5. Creditor's Proof of Claim #3 includes a total debt of $88,174.39.

6. Creditor is entitled to the <u>Till</u> interest rate on the total amount of Creditor's secured claim.

7. The Plan erroneously lists Creditor as a Secured Claim Unaffected by the Plan in

Part 4(f).

8.      Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Creditor objects to any plan which proposes to pay it anything less than $88,174.39, exclusive of interest, as the pre-petition arrearage over the life of the plan.

**WHEREFORE**, Creditor respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Creditor as stated herein, and for such other and further relief as the Court may deem just and proper.

*/s/Kimberly A. Wilson*
Andrew Spivack, NJ Bar No. 018141999
Kimberly A. Wilson, NJ Bar No. 031441997
Jay Jones, NJ Bar No. 972011
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: NJBKR@brockandscott.com

| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> 22-09895 BKOBJ04 <br> BROCK & SCOTT, PLLC <br> 302 Fellowship Rd, Suite 130 <br> Mount Laurel, NJ 08054 <br> (844) 856-6646 <br> Attorneys for Wells Fargo Bank, N.A. | |
|---|---|
| In Re: <br><br> Maxine Christian | Case No: 25-19203-SLM <br><br> Hearing Date: December 10, 2025 <br><br> Judge: STACEY L. MEISEL <br><br> Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Elizabeth Oliver:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for BROCK & SCOTT, PLLC, who represents Wells Fargo Bank, N.A. in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On the undersigned date, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 28, 2025                           /s/ *Elizabeth Oliver*
                                                              Elizabeth Oliver

| **Name and Address of Party** | **Relationship of** | **Mode of Service** |
|---|---|---|

| Served | Party to the Case | |
|---|---|---|
| Maxine Christian<br>36 CONCORD LANE<br>UNION, NJ 07083 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| DONALD C. GOINS<br>323 WASHINGTON AVENUE<br>ELIZABETH, NJ 07202 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.