| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on December 10, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    MAXINE CHRISTIAN | Case No.:  25-19203<br><br>Hearing Date:  12/10/2025<br><br>Judge:  STACEY L. MEISEL |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: December 10, 2025**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): MAXINE CHRISTIAN

Case No.: 25-19203SLM

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 12/10/2025 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 12/10/2025 of the plan filed on 09/29/2025, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 12/29/2025 or the case will be dismissed; and it is further

ORDERED, that the Debtor must become current with plan payments through December 2025 and same must be received and posted by the Trustee by 1/7/2026 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.