UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

22-09895 BKOBJ04
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Wells Fargo Bank, N.A.

In Re:

Maxine Christian

Case No: 25-19203-SLM

Hearing Date: January 28, 2025

Judge: STACEY L. MEISEL

Chapter: 13

## OBJECTION TO CONFIRMATION
## OF DEBTOR'S CHAPTER 13 PLAN

Wells Fargo Bank, N.A. ("Creditor"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Modified Chapter 13 Plan* [DE 33], and states as follows:

1. The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on September 2, 2025.

2. Creditor holds a security interest in the Debtor's real property located at 36 Concord Pl, Union, NJ 07083 (the "Property"), by virtue of a Mortgage.

3. The Debtor filed a Modified Chapter 13 Plan (the "Plan") on December 22, 2025 [DE 33].

4. Creditor filed a Proof of Claim in this case on October 29, 2025 (Claim No. 3).

5. Debtor's Plan provides for payment in full of Creditor's claim. Creditor rejects the modified plan and objects due to Debtor's failure to set forth the debtor's obligation to maintain taxes, insurance, and all debts assessed to the collateral.

6. Creditor would also seek a default clause allowing Creditor to file a certification seeking stay relief in the event Debtor does not stay current on trustee payments.

7. Creditor does not waive its right to collect post-petition fees prior to release of lien.

8. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

**WHEREFORE**, Creditor respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Creditor as stated herein, and for such other and further relief as the Court may deem just and proper.

/s/Kimberly A. Wilson
Andrew Spivack, NJ Bar No. 018141999
Kimberly A. Wilson, NJ Bar No. 031441997
Jay Jones, NJ Bar No. 972011
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: NJBKR@brockandscott.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>22-09895 BKOBJ04<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Wells Fargo Bank, N.A. | |
| In Re:<br><br>Maxine Christian | Case No: 25-19203-SLM<br><br>Hearing Date: January 28, 2025<br><br>Judge: STACEY L. MEISEL<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Elizabeth Oliver:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for BROCK & SCOTT, PLLC, who represents Wells Fargo Bank, N.A. in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On the undersigned date, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 7, 2026                    /s/ *Elizabeth Oliver*
                                          Elizabeth Oliver

| Name and Address of Party | Relationship of | Mode of Service |
|---|---|---|

| Served | Party to the Case | |
|---|---|---|
| Maxine Christian<br>36 CONCORD LANE<br>UNION, NJ 07083 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| DONALD C. GOINS<br>323 WASHINGTON AVENUE<br>ELIZABETH, NJ 07202 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.