Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−19203−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Maxine Christian
  36 Concord Lane
  Union, NJ 07083

Social Security No.:
  xxx−xx−5580

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/8/26.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

  This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 8, 2026
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-19203-SLM |
| Maxine Christian | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 08, 2026 | Form ID: 148 | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maxine Christian, 36 Concord Lane, Union, NJ 07083-4220 |
| cr | + | Wells Fargo Bank, N.A., Home Equity Group - Collections Foreclos, P.O. Box 2248, Jacksonville, FL 32203-2248 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 08 2026 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 08 2026 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520797937 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2026 20:47:14 | Ashley Fund Services, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520797938 | + | Email/Text: bankruptcy@cavps.com | Jan 08 2026 20:46:00 | Calvary SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520797939 | | EDI: IRS.COM | Jan 09 2026 01:33:00 | Internal Revenue Service, Department of Treasury, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520797940 | ^ | MEBN | Jan 08 2026 20:39:22 | LoanCare, LLC, c/o KML Law Group, PC, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 520880082 | | Email/Text: mtgbk@shellpointmtg.com | Jan 08 2026 20:45:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 520797941 | + | Email/Text: bankruptcy@certified-solutions.com | Jan 08 2026 20:46:00 | Overlook Hospital, c/o Certified Solutions, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 520866929 | + | EDI: AIS.COM | Jan 09 2026 01:33:00 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520797942 | + | EDI: AIS.COM | Jan 09 2026 01:33:00 | Verizon, c/o American InfoSource, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 520863980 | + | EDI: WFHOME | Jan 09 2026 01:33:00 | Wells Fargo Bank, N.A., MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 520797943 | + | EDI: WFFC2 | Jan 09 2026 01:33:00 | Wells Fargo Bank, N.A., 420 Montgomery Street, San Francisco, CA 94104-1298 |

TOTAL: 12

# BYPASSED RECIPIENTS

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 08, 2026 | Form ID: 148 | Total Noticed: 14 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520812896 | *+ | OVERLOOK HOSPITAL, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2026         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donald C. Goins | on behalf of Debtor Maxine Christian dcgoins1@gmail.com goins.donaldc.b129630@notify.bestcase.com;Goins.DanielC.B129630@notify.bestcase.com |
| Kimberly A. Wilson | on behalf of Creditor Wells Fargo Bank  N.A. kimberly.wilson@brockandscott.com, wbecf@brockandscott.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5